# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | :     **CRIMINAL NO. 3:19-CR-211** |
| **JONATHAN BROWNLEE** | :     **(JUDGE MANNION)** |
| **Defendant** | : |

## ORDER

In accordance with the memorandum issued this same day, defendant Brownlee's motion to suppress physical evidence, **(Doc. 18)**, is **DENIED**, without the necessity of holding a suppression hearing.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 15, 2020**
19-CR-211-01-ORDER